**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Real Time Medical Systems, Inc.

    **Plaintiff,**

    **v.**

PointClickCare Technologies, Inc. d/b/a PointClickCare

    **Defendant.**

\*     \*     \*     \*

**Case No.** 8:24-CV-00313

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒   Exhibit __1__ which is an attachment to Defendant's Notice of Removal

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

    I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by U.S. mail_____.

1/31/2024
Date

/s/ Brian T. Burgess
Signature

Brian T. Burgess (19251)
Printed Name and Bar Number

Goodwin Procter LLP, 1900 N Street NW, Washington DC 20036
Address

BBurgess@goodwinlaw.com
Email Address

202-346-4215
Telephone Number

202-204-7265
Fax Number