IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No.8:24-CV-00313-PX<br><br>**HEARING REQUESTED** |

## POINTCLICKCARE'S MOTION TO DISMISS

Pursuant to Local Rule 105 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, PointClickCare Technologies Inc. d/b/a PointClickCare ("PointClickCare") hereby moves to dismiss for failure to state a cognizable claim for relief, the entirety of Real Time Medical Systems, Inc.'s Complaint, that is, Counts I–VII of the Complaint, with prejudice. The grounds for this Motion are set forth in an accompanying Memorandum, also filed on this date. A proposed Order is attached.

## REQUEST FOR ORAL ARGUMENT

PointClickCare believes that oral argument would assist the Court in ruling on its Motion to Dismiss and therefore requests oral argument.

Dated: March 15, 2024.

Respectfully submitted,

*/s/ Brian T. Burgess*
Brian T. Burgess (D. Md. Bar No. 19251)
William C. Jackson (Admitted *Pro Hac Vice*)
Ashley M. Drake (Admitted *Pro Hac Vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4215
Fax: +1 202 204 7265
BBurgess@goodwinlaw.com
WJackson@goodwinlaw.com
Amdrake@goodwinlaw.com

Rod J. Rosenstein (D. Md. Bar No. 14793)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
RRosenstein@kslaw.com

*Attorneys for Defendant PointClickCare Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed a true and accurate copy of the foregoing Motion with the Clerk of Court using the CM/ECF System. A copy was also served by United States mail, postage prepaid and by email on the following recipients:

M. Celeste Bruce, Esq.
Madelaine K. Katz, Esq.
Rifkin Weiner Livingston, LLC
4800 Hampden Lane, Suite 820
Bethesda, Maryland 28104
cbruce@rwllaw.com
Mkatz@rwllaw.com
*Attorneys for Plaintiff*

Peter A. Biagetti
Aaron R. Fenton
Mintz, Levin, Cohen, Ferris, Glovsky And Popeo, P.C.
One Financial Center
Boston, MA 02111
PABiagetti@mintz.com
ARFenton@mintz.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Brian T. Burgess*
　　　　　　　　　　　　　　　　　　　　Brian T. Burgess