**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES, INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Case No. 8:24-cv-00313-PX |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss and Plaintiff's Opposition,

it is this _____ day of _____, 2024, hereby and the same,

ORDERED that Defendant's Motion is DENIED and Defendant shall file an Answer

within 14 days.

IT IS SO ORDERED.

_____
Honorable Paula Xinis, District Judge