

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

May 28, 2024

Re:   8:24-cv-313-PX, *Real Time Medical Systems, Inc. v. PointClickCare Technologies, Inc.*

### LETTER ORDER

Dear Parties:

As discussed during today's recorded status conference, the Court sets the briefing schedule and hearing on Plaintiff's motion for preliminary injunction as follows:

| | |
|---|---|
| **May 30, 2024** | Plaintiff's opening brief |
| **June 7, 2024** | Defendant's response |
| **June 12, 2024** | Plaintiff's reply<br>Notification of witnesses for hearing and summary of testimony |
| **June 24, 2024**<br>**11:00 a.m.**<br>**Courtroom 2C** | Hearing |

Although informal, this correspondence constitutes an Order of the Court and shall be docketed as such.

 _5/28/2024_                                                                    _/s/_
Date                                                                          Paula Xinis
                                                                              United States District Judge