IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Case No. 8:24-cv-00313-PX |

**PLAINTIFF, REAL TIME MEDICAL SYSTEMS, INC.'S MOTION TO SEAL REPLY BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW, Plaintiff, Real Time Medical System, Inc., through undersigned counsel and pursuant to Local Rule 105.11 hereby moves for an order sealing Plaintiff's Reply Brief in Support of Motion for Preliminary Injunction. In support thereof, Plaintiff states the following:

1. On January 31, 2024 Defendant filed a motion to seal the unredacted copy of the Complaint (attached to the Notice of Removal as Exhibit 1) in order to maintain compliance with a confidentiality agreement entered into between the Parties.

2. Plaintiff likewise had filed a motion to seal the unredacted version of the Complaint in state court in order to maintain compliance with the confidentiality agreement, which the state court granted.

3. Plaintiff's Reply Brief in Support of Motion for Preliminary Injunction references information that was redacted in the Complaint filed in this matter.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that this Honorable Court enter an order sealing Plaintiff's Reply Brief in Support of Motion for Preliminary Injunction and for such other and further relief as the Court deems proper.

Dated June 12, 2024	Respectfully submitted,

        RIFKIN WEINER LIVINGSTON, LLC

        */s/ M. Celeste Bruce, Esquire*
        M. Celeste Bruce (Bar No. 10710)
        Madelaine Kramer Katz (Bar No. 19760)
        Michael T. Marr (Bar No. 19961)
        Rifkin Weiner Livingston LLC
        7700 Wisconsin Ave, Suite 320
        Bethesda, Maryland 20814
        cbruce@rwllaw.com
        mkatz@rwllaw.com
        mmarr@rwllaw.com
        301.951.0150 (p)
        301.951.0172 (f)
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2024, a copy of the foregoing was served on Defendant's counsel via the CM/ECF System as follows:

>Brian T. Burgess (D. Md. Bar No. 19251)
>William C. Jackson (Admitted Pro Hac Vice)
>Ashley M. Drake (Admitted Pro Hac Vice)
>Goodwin Procter LLP
>1900 N Street, NW
>Washington, DC 20036
>BBurgess@goodwinlaw.com
>WJackson@goodwinlaw.com
>Amdrake@goodwinlaw.com
>
>Rod J. Rosenstein (D. Md. Bar No. 14793)
>Jeremy M. Bylund (Admitted Pro Hac Vice)
>King & Spalding LLP
>1700 Pennsylvania Avenue, NW, Suite 900
>Washington, DC 20006
>RRosenstein@kslaw.com
>
>*Counsel for Defendant*

>>*/s/       Michael T. Marr*
>>M. Celeste Bruce (Bar No. 10710)
>>Madelaine Kramer Katz (Bar No. 19760)
>>Michael T. Marr (Bar No. 19961)
>>Rifkin Weiner Livingston LLC
>>7700 Wisconsin Ave, Suite 320
>>Bethesda, Maryland 20814
>>cbruce@rwllaw.com
>>mkatz@rwllaw.com
>>mmarr@rwllaw.com
>>301.951.0150 (p)
>>301.951.0172 (f)
>>*Counsel for Plaintiff*