IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES, INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Case No. 8:24-cv-00313-PX<br>Hearing: June 24, 2024 |

**PLAINTIFF, REAL TIME MEDICAL SYSTEMS, INC.'S NOTIFICATION OF REQUEST FOR EVIDENTIARY HEARING AND WITNESS LIST**

COMES NOW, Plaintiff, Real Time Medical System, Inc. ("Real Time" or "Plaintiff") through undersigned counsel and pursuant to the May 28, 2024 Letter Order submits this witness list in advance of the June 24, 2024 hearing.

1. **SCOTT RIFKIN, MD:** Dr. Rifkin will testify on subjects consistent with his affidavits submitted. It is anticipated that his testimony will include among other topics (i) Real Time's business, clients, agreements, data analytics and alerts, the market and market competition, and independent studies; (ii) PointClickCare Technologies, Inc. ("PCC") business, services, agreements, and competition; (iii) the relationship between Real Time and PCC; and (iv) the irreparable harm PCC has caused and is causing to Real Time, its customers, and the patients/residents of those customers.

2. **CHRISTOPHER L. MILLER:** Mr. Miller will testify on subjects consistent with his affidavit. Mr. Miller's testimony will include among other topics Real Time's business, software solution, and technology, Real Time's customers, and Real Time's compliance with HIPAA Rules (e.g., security and privacy), the nature and scope of the processes by which Real

Time accesses patient data from PCC and the other EHRs, the PCC Electronic Medical Records System, Real Time's interactions with PCC's system historically by type, load, and volume, the Marketplace API, Patient Data and Information, PCC's implementations of CAPTCHA walls, the present CAPTCHA wall barriers and the locking of accounts and their adverse impacts, as well as the alternative solutions to PCC's information blocking and issue inherent in the PCC Electronic Medical Records System.

  3. **TIM BUONO:** Mr. Buono will testify on subjects consistent with his affidavit. Mr. Buono's testimony will include among other topics the negotiations and agreements between PCC and Real Time, and the documents and information provided to PCC. Mr. Buono will further testify about his communications and discussions with PCC, including with Marino Cherubin, PCC's VP of Partnerships, that PCC is a competitor of Real Time.

  4. **ANDREW LISTER**: Mr. Lister will testify on subjects consistent with his affidavits. Mr. Lister's testimony will include among other topics Real Time's information security data protection and HITRUST privacy certification and Real Time's compliance with HIPAA privacy and security rules and the HITECH Act Business Associate Agreements and other technological requirements and measures. Mr. Lister is expected to testify that PCC's EHR does not have a HITRUST Certification listed on their website, nor does PCC identify any third-party HIPAA compliance assessment or audit. Mr. Lister is also expected to testify about the PCC medical records system and Real Time's access of it, and the tests and the results of the tests he has conducted on June 6, 2024 to gain access to the PCC medical records system.

  5. **ALAN L. KIMMEL, M.D., C.M.D:** Dr. Kimmel will testify among other topics on subjects consistent with his affidavit. Dr. Kimmel's testimony will include the value of Real Time's data analytics and alerts to nursing facilities and clinicians. Dr. Kimmel will also testify

that Real Time does not interact with PCC's process in facilities and that other nursing facilities with whom he works have not experienced the same operational issues as Real Time, and the harm to facilities and patients without Real Times' data analytics and alerts.

6. **KEVIN D. HEFFNER:** Mr. Heffner will testify among other topics on subjects consistent with his affidavit. Mr. Heffner's testimony will include among other topics the use, importance, value, and uniqueness of Real Time's electronic health record services. Mr. Heffner will also testify that PCC's preventing Real Time from accessing patient medical records will result in loss of life and detrimentally affect the nursing homes.

7. **J. WAYNE BRANNOCK:** Mr. Brannock will testify among other topics on subjects consistent with his affidavit. Mr. Brannock will testify about the use of Real Time at Lorien, how Real Time indispensably helps to improve the quality of care by reducing hospitalization readmissions and lengths of hospital stays, helps Lorien facilities with coding and billing, tracking immunizations and medications, and provides up-to-the minute information which assists in maintaining the health of Lorien's residents.

8. **JAMIE ABEL, R.N.C.C:** Nurse Abel will testify among other topics on subjects consistent with her affidavit. Nurse Abel will testify that Lorien Columbia utilizes the services of both PCC and Real Time; that Real Time provides a valuable snapshot of a resident's health; and identifies residents that may be most at risk, preventing hospitalizations and adverse outcomes of residents.

9. **DANIELLE BERES, RN:** Nurse Beres will testify among other topics on subjects consistent with her affidavit. Nurse Beres will testify about the test that she conducted on May 23, 2024 to determine whether PCC's blocking activities would not block a human log-in and would not lock a human out of an account.

10. **CINDY KREIDER, RN, BC RAC-CT:** As the Vice President of Clinical Operations at Real Time Medical Systems, Nurse Kreider is expected to testify among other topics about her experience with logging into PCC as a human being and the blocking of Real Time's access by PCC while attempting to log-in. Nurse Kreider is also expected to testify about Real Time alerts and how these alerts allow clinicians to identify medical issues early, intervene promptly, and prevent hospitalizations and deaths by aggregating the patients' data.

11. **PHYLLIS WOJTUSIK, RN:** As the Executive Vice President, Health System Solutions, for Real Time Medical Systems, and as a former client of Real Time at Penn Medicine Lancaster General Hospital, Nurse Wojtusik is expected to testify among other topics concerning the benefits of the Real Time Value-Based Care Solution to Real Time's clients including but not limited to improved care outcomes and reduced hospitalizations/readmissions.

Dated: June 12, 2024

Respectfully submitted,

RIFKIN WEINER LIVINGSTON, LLC

/s/     M. Celeste Bruce
M. Celeste Bruce (Bar No. 10710)
Madelaine Kramer Katz (Bar No. 19760)
Michael T. Marr (Bar No. 19961)
Rifkin Weiner Livingston LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
cbruce@rwllaw.com
mkatz@rwllaw.com
mmarr@rwllaw.com
301.951.0150 (p)
301.951.0172 (f)
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2024, a copy of the foregoing was served on Defendant's counsel via the CM/ECF System as follows:

>Brian T. Burgess (D. Md. Bar No. 19251)
>William C. Jackson (Admitted Pro Hac Vice)
>Ashley M. Drake (Admitted Pro Hac Vice)
>Goodwin Procter LLP
>1900 N Street, NW
>Washington, DC 20036
>BBurgess@goodwinlaw.com
>WJackson@goodwinlaw.com
>Amdrake@goodwinlaw.com
>
>Rod J. Rosenstein (D. Md. Bar No. 14793)
>Jeremy M. Bylund (Admitted Pro Hac Vice)
>King & Spalding LLP
>1700 Pennsylvania Avenue, NW, Suite 900
>Washington, DC 20006
>RRosenstein@kslaw.com
>
>*Counsel for Defendant*

>*/s/     M. Celeste Bruce*
>M. Celeste Bruce (Bar No. 10710)
>Madelaine Kramer Katz (Bar No. 19760)
>Michael T. Marr (Bar No. 19961)
>Rifkin Weiner Livingston LLC
>7700 Wisconsin Ave, Suite 320
>Bethesda, Maryland 20814
>cbruce@rwllaw.com
>mkatz@rwllaw.com
>mmarr@rwllaw.com
>301.951.0150 (p)
>301.951.0172 (f)
>*Counsel for Plaintiff*