IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No.8:24-CV-00313-PX |

**DEFENDANT POINTCLICKCARE'S EXHIBIT LIST**

Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("PointClickCare") identifies the following exhibits it may introduce at the hearing scheduled for June 24, 2024. PointClickCare reserves the right to introduce additional exhibits as necessary for rebuttal or impeachment purposes, and to modify this disclosure as needed.

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 1 | | | | PointClickCare Master Subscription Agreement ("MSA") |
| 2 | | | | Image from page 6 of Bachar Fourati's Declaration |
| 3 | | | | Image from page 7 of Bachar Fourati's Declaration |
| 4 | | | | Image from page 7 of Bachar Fourati's Declaration |

1

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 5 | | | | Image from page 8 of Bachar Fourati's Declaration |
| 6 | | | | Image from page 8 of Bachar Fourati's Declaration |
| 7 | | | | Image from page 9 of Bachar Fourati's Declaration |
| 8 | | | | Image from page 9 of Bachar Fourati's Declaration |
| 9 | | | | PointClickCare Bot Prevention Policy |
| 10 | | | | Image from page 13 of Bachar Fourati's Declaration |
| 11 | | | | Image from page 17 of Bachar Fourati's Declaration |
| 12 | | | | Image from page 15 of Bachar Fourati's Declaration |
| 13 | | | | Image from page 15 of Bachar Fourati's Declaration |
| 14 | | | | Image from page 16 of Bachar Fourati's Declaration |
| 15 | | | | Graphical depiction of access to PointClickCare's system |
| 16 | | | | Graphical depiction of access to PointClickCare's system |
| 17 | | | | Graphical depiction of access to PointClickCare's system |
| 18 | | | | Redlined Marketplace Agreement |
| 19 | | | | PointClickCare ONC |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
|  |  |  |  | Certification, available at https://chpl.healthit.gov/#/listing/10246 |
| 20 |  |  |  | PointClickCare Certified EHR Technology certification documentation |
| 21 |  |  |  | Printout from PointClickCare public website, available at https://pointclickcare.com/company/certifications/ |
| 22 |  |  |  | ONC Health IT Certification Program Overview, available at https://www.healthit.gov/sites/default/files/PUBLICHealthITCertificationProgramOverview.pdf |
| 23 |  |  |  | ONC Health IT Certification Program Developer Roundtable document, available at https://www.healthit.gov/sites/default/files/2024-04/ONC%20Health%20IT_Certification%20Program%20Developer%20Roundtable_508.pdf |
| 24 |  |  |  | ONC Health IT Certification Program "About" page, available at https://www.healthit.gov/topic/certification-ehrs/about-onc-health-it-certification-program |
| 25 |  |  |  | PointClickCare Customer Agreements |
| 26 |  |  |  | PointClickCare's USCDI Connector API Access |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| | | | | Agreement |
| 27 | | | | ONC Certification Companion Guide, available at https://www.healthit.gov/sites/default/files/2015Ed_CCG_Privacy_and_Security.pdf |
| 28 | | | | January 22, 2024 email from Patrick Gervais to Tim Buono with subject "NDA – Confirmation of Destruction of Confidential Information" |
| 29 | | | | Real Time Medical Systems' Board website, available at https://realtimemed.com/about/board/ |
| 30 | | | | Provider Partners' website, available at https://www.providerpartnersconnect.com/staff-member/scott-rifkin-m-d/ |
| 31 | | | | Master Subscription Agreement between PointClickCare and Maryland Health Enterprises, Inc. dba Lorien Health Services |
| 32 | | | | HITRUST website, available at https://hitrustalliance.net/board-of-directors |
| 33 | | | | Images from page 9 of Christopher Miller's Affidavit |
| 34 | | | | Email from Christopher Miller to Chris Beekman and Curtis Crago on November 15, 2023 with |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
|  |  |  |  | subject "RTMS & PointClickCare continued discussion" |
| 35 |  |  |  | Email from Moss Amer to Chris Beekman copying Drew Lister and Christopher Miller on October 13, 2023 with subject "Introduction Chris <> Drew & Chris" |
| 36 |  |  |  | Real Time Medical System Inc.'s Agreement. |
| 37 |  |  |  | Email from Christopher Miller to Moss Amer, copying Joan P. Neuscheler on October 12, 2023 with subject "Short-term solution ideas," attached as Exhibit 1 to Christopher Miller's affidavit. |
| 38 |  |  |  | Graphical depiction of access to PointClickCare's system |
| 39 |  |  |  | Declaration of Robert J. Boyle in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction |
| 40 |  |  |  | Declaration of Bachar Fourati in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction |
| 41 |  |  |  | Declaration of Marino Cherubin in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction |
| 42 |  |  |  | Declaration of Jeffrey Thurston in Support of Opposition to |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
|  |  |  |  | Plaintiff's Motion for a Preliminary Injunction |

Dated: June 20, 2024.

Respectfully submitted,

*/s/ Brian T. Burgess*
Brian T. Burgess (D. Md. Bar No. 19251)
William C. Jackson (Admitted *Pro Hac Vice*)
Ashley M. Drake (Admitted *Pro Hac Vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4215
Fax: +1 202 204 7265
BBurgess@goodwinlaw.com
WJackson@goodwinlaw.com
Amdrake@goodwinlaw.com

Rod J. Rosenstein (D. Md. Bar No. 14793)
Jeremy M. Bylund (Admitted *Pro Hac Vice*)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
RRosenstein@kslaw.com

*Attorneys for Defendant PointClickCare Technologies Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2024, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record. A courtesy copy was also sent to Judge Xinis's Chambers.

                                                                           */s/ Brian T. Burgess*
                                                                           Brian T. Burgess