**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES, INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Case No: 8:24-cv-00313 PX |

✓ ____ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

5:36 pm, Jun 25 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____TDD_____ Deputy

### PLAINTIFF'S EXHIBIT LIST – NEW EXHIBITS (NOT DOCKETED)

| Exhibit | Identification | Admitted | Description | Witness |
|---|---|---|---|---|
| 1 | Jun 24 2024 | Jun 24 2024 | 12/14/23 Email from S. Rifkin to J. Neuscheler and T. Buono re PCC and "their data" | Scott Rifkin |
| 2 | | | 1/10/19 Software Development Agreement Between Real Time and Care One Management, LLC | Christopher Miller |
| 3 | Jun 24 2024 | Jun 24 2024 | 2/26/24 PCC Press Release PointClickCare Sets Industry Standard in Long-Term and Post-Acute Care (LTPAC) with New ONC Health IT Certification | Andrew Lister |
| 4 | Jun 24 2024 | Jun 24 2024 | 6/6/24 Video - Example of human logging in with CAPTCHA walls | Andrew Lister |
| 5 | Jun 24 2024 | Jun 24 204 | 6/6/24 Video - Example of human logging in with CAPTCHA walls refreshing failing and getting locked out | Andrew Lister |
| 6 | Jun 24 2024 | Jun 24 2024 | PCC Marketplace Partner Program Agreement | Tim Buono |
| 7 | Jun 24 2024 | Jun 24 2024 | 10/30/23 Real Time Responses to PCC Questions | Tim Buono |
| 8 | Jun 24 2024 | Jun 24 2024 | 6/10/24 Letter from T. Buono to M. Cherubin | Tim Buono |
| 9 | Jun 24 2024 | Jun 24 2024 | 5/23/24 – Video call with Lee Diekemper – Example of human logging in with CAPTCHA walls failing and getting locked out | Danielle Beres |

| | | | | |
|---|---|---|---|---|
| 10 | | | 6/4/24 The Clinical Dashboard Interview: James Yersh, FCPA, FCA, Chief Financial Officer & Chief Revenue Officer, Senior Care, PointClickCare | PCC Witness |
| 11 | | | The Office of the National Coordinator for Health Information Technology – Understanding the Scope of EHI for the Purposes of the Information Blocking Definition | PCC Witness |