**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES, INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Case No: 8:24-cv-00313 PX |

✓ ___ FILED    ___ ENTERED
___ LOGGED    ___ RECEIVED

5:38 pm, Jun 25 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TDD___ Deputy

## PLAINTIFF'S EXHIBIT LIST – EXHIBITS ALREADY DOCKETED**

| Exhibit/Docket | ID | ADM | Description | Witness |
|---|---|---|---|---|
| **Doc. 38-3(redacted) and 39(unredacted)** (Ex. A to PI) | Jun 24 2024 | Jun 24 2024 | 5/30/24 Affidavit of Scott Rifkin, M.D.<br>Ex. A to Aff. (**Page 10 of 74**): Dobson and Davano Assoc. Study<br>Ex. B to Aff. (**Page 28 of 74**): Product Comparison Summary by Klas Research<br>Ex. C to Aff. (**Page 70 of 74**): PCC's Press Release<br>Ex. D to Aff. (**Page 72 of 74**): BusinessWire Article dated 5/15/24 | Scott Rifkin, M.D. |
| **Doc. 50-4** (Ex. 4 to Reply) | Jun 24 2024 | Jun 24 2024 | 6/12/24 Affidavit of Scott Rifkin, M.D.<br>Ex. A to Aff. (**Page 2 of 6**): University of Pennsylvania Study | |
| **Doc. 38-12** (Ex. J. to PI) | Jun 24 2024 | Jun 24 2024 | Subscription Agreement with Alice B. Tawes Nursing & Rehab | |
| **Doc. 38-13** (Ex. K to PI) | Jun 24 2024 | Jun 24 2024 | PCC MSA with Southampton | |
| **Doc. 38-14** (Ex. L to PI) | Jun 24 2024 | Jun 24 2024 | 12/2/20 Letter from Mintz to PCC | |
| **Doc. 38-15** (Ex. M to PI) | Jun 24 2024 | Jun 24 2024 | 12/3/20 Email from Mintz to PCC | |

| Doc. 38-16 (Ex. N to PI) | Jun 24 2024 | Jun 24 2024 | 4/24/23 Letter from Mintz to PCC (Ex. N to PI) | |
|---|---|---|---|---|
| **Doc. 38-4** (Ex. B to PI) | Jun 24 2024 | Jun 24 2024 | 5/30/24 Affidavit of Christopher L. Miller<br>Ex. 1 to Aff. (**Page 16 of 32**): 10/12/23 Email Offering Solutions<br>Ex. 2 to Aff. (**Page 18 of 32**): 10/13/23 Email Exchange and Real Time's List of Necessary Data for Integration<br>Ex. 3 to Aff. (**Page 29 of 32**): Number of Facilities by State by Percent Blocked | Christopher Miller |
| **Doc. 38-6** (Ex. D to PI) | Jun 24 2024 | Jun 24 2024 | 5/30/24 Affidavit of Andrew Lister<br>Ex. 1 to Aff. (**Page 4 of 11**): CV of Andrew Lister<br>Ex. 2 to Aff. (**Page 6 of 11**): HITRUST Certification for 2022-23<br>Ex. 3 to Aff (**Page 10 of 11**): HITRUST Certification April 30, 2024 | Andrew Lister |
| **Doc. 50-1** (Ex. 1 to Reply) | Jun 24 2024 | Jun 24 2024 | 6/12/24 Affidavit of Andrew Lister<br>Ex. A to Aff. (**Page 4 of 7**): HIPAA Business Associate Addendum | |
| **Doc. 38-5(redacted) and 40(unredacted)** (Ex. C to PI) | Jun 24 2024 | Jun 24 2024 | 5/27/24 Affidavit of Tim Buono | Tim Buono |
| **Doc. 50-2** (Ex. 2 to Reply) | Jun 24 2024 | Jun 24 2024 | 11/29/23 Email from T. Buono to M. Cherubin re Revised Marketplace Agreement with attached redlined Marketplace Agreement | Tim Buono |
| **Doc. 50-5** (Ex. 5 to Reply) | Jun 24 2024 | Jun 24 2024 | PCC Developer Terms of Use | |
| **Doc. 38-7** (Ex. E to PI) | Jun 24 2024 | Jun 24 2024 | Affidavit of Alan L. Kimmel, M.D., C.M.D. | |

2

| | | | | |
|---|---|---|---|---|
| **Doc. 38-8** (Ex. F to PI) | Jun 24 2024 | Jun 24 2024 | Affidavit of Kevin D. Heffner | Kevin Heffner |
| **Doc. 38-9** (Ex. G to PI) | Jun 24 2024 | Jun 24 2024 | Declaration of J. Wayne Brannock | |
| **Doc. 38-10** (Ex. H to PI) | Jun 24 2024 | Jun 24 2024 | Affidavit of Jamie Abel, R.N.C.C | |
| **Doc. 50-3** (Ex. 3 to Reply) | Jun 24 2024 | Jun 24 2024 | Affidavit of Danielle Beres, RN | |
| **Doc. 38-11** (Ex. I to PI) | Jun 24 2024 | Jun 24 2024 | 12/8/20 PCC Press Release | |

**\*\*All exhibits on this list are already filed on the official court docket and are deemed admitted for the purposes of the Preliminary Injunction Hearing. The exhibits marked with identification and admittance dates <u>and</u> with a corresponding witness name were specifically referenced during that witness' testimony.**