IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No.8:24-CV-00313-PX |

☑ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

5:39 pm, Jun 25 2024
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TDD___ Deputy

**DEFENDANT POINTCLICKCARE'S EXHIBIT LIST **

Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("PointClickCare") identifies the following exhibits it may introduce at the hearing scheduled for June 24, 2024. PointClickCare reserves the right to introduce additional exhibits as necessary for rebuttal or impeachment purposes, and to modify this disclosure as needed.

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 1 | Jun 24 2024 | Jun 24 2024 | Tim Buono | PointClickCare Master Subscription Agreement ("MSA") – **ECF 44-2 at 25** |
| 2 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 6 of Bachar Fourati's Declaration – **ECF 44-2** |
| 3 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 7 of Bachar Fourati's Declaration – **ECF 44-2** |
| 4 | Jun 24 2024 | Jun 24 2024 | | Image from page 7 of Bachar Fourati's Declaration – **ECF 44-2** |

1

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 5 | Jun 24 2024 | Jun 24 2024 | | Image from page 8 of Bachar Fourati's Declaration – **ECF 44-2** |
| 6 | Jun 24 2024 | Jun 24 2024 | | Image from page 8 of Bachar Fourati's Declaration – **ECF 44-2** |
| 7 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 9 of Bachar Fourati's Declaration – **ECF 44-2** |
| 8 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 9 of Bachar Fourati's Declaration – **ECF 44-2** |
| 9 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | PointClickCare Bot Prevention Policy – **ECF 44-2 at 45** |
| 10 | Jun 24 2024 | Jun 24 2024 | | Image from page 13 of Bachar Fourati's Declaration – **ECF 44-2** |
| 11 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 17 of Bachar Fourati's Declaration – **ECF 44-2** |
| 12 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 15 of Bachar Fourati's Declaration – **ECF 44-2** |
| 13 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Image from page 15 of Bachar Fourati's Declaration – **ECF 44-2** |
| 14 | Jun 24 2024 | Jun 24 2024 | | Image from page 16 of Bachar Fourati's Declaration – **ECF 44-2** |
| 15 | | | | Graphical depiction of access to PointClickCare's system |
| 16 | | | | Graphical depiction of access to PointClickCare's system |
| 17 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Graphical depiction of access to PointClickCare's system |
| 18 | Jun 24 2024 | Jun 242 2024 | Tim Buono | Redlined Marketplace Agreement – **ECF 50-2** |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 19 | | | | PointClickCare ONC Certification, available at https://chpl.healthit.gov/#/listing/10246 |
| 20 | | | | PointClickCare Certified EHR Technology certification documentation |
| 21 | | | | Printout from PointClickCare public website, available at https://pointclickcare.com/company/certifications/ |
| 22 | | | | ONC Health IT Certification Program Overview, available at https://www.healthit.gov/sites/default/files/PUBLICHealthITCertificationProgramOverview.pdf |
| 23 | | | | ONC Health IT Certification Program Developer Roundtable document, available at https://www.healthit.gov/sites/default/files/2024-04/ONC%20Health%20IT_Certification%20Program%20Developer%20Roundtable_508.pdf |
| 24 | | | | ONC Health IT Certification Program "About" page, available at https://www.healthit.gov/topic/certification-ehrs/about-onc-health-it-certification-program |
| 25 | Jun 24 2024 | Jun 24 2024 | | PointClickCare Customer Agreements – **ECF 38-13** |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 26 | Jun 24 2024 | Jun 24 2024 | Robert Boyle | PointClickCare's USCDI Connector API Access Agreement – **ECF 44-3 at 10** |
| 27 | | | | ONC Certification Companion Guide, available at https://www.healthit.gov/sites/default/files/2015Ed_CCG_Privacy_and_Security.pdf |
| 28 | | | | January 22, 2024 email from Patrick Gervais to Tim Buono with subject "NDA – Confirmation of Destruction of Confidential Information" |
| 29 | | | | Real Time Medical Systems' Board website, available at https://realtimemed.com/about/board/ |
| 30 | | | | Provider Partners' website, available at https://www.providerpartnersconnect.com/staff-member/scott-rifkin-m-d/ |
| 31 | | | | Master Subscription Agreement between PointClickCare and Maryland Health Enterprises, Inc. dba Lorien Health Services |
| 32 | | | | HITRUST website, available at https://hitrustalliance.net/board-of-directors |
| 33 | Jun 24 2024 | Jun 24 2024 | | Images from page 9 of Christopher Miller's Affidavit – **ECF 38-4 at 9** |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 34 | | | | Email from Christopher Miller to Chris Beekman and Curtis Crago on November 15, 2023 with subject "RTMS & PointClickCare continued discussion" |
| 35 | Jun 24 2024 | Jun 24 2024 | Christopher Miller | Email from Moss Amer to Chris Beekman copying Drew Lister and Christopher Miller on October 13, 2023 with subject "Introduction Chris <> Drew & Chris" |
| 36 | Jun 24 2024 | Jun 24 2024 | | Real Time Medical System Inc.'s Agreement – **ECF 38-12** |
| 37 | Jun 24 2024 | Jun 24 2024 | | Email from Christopher Miller to Moss Amer, copying Joan P. Neuscheler on October 12, 2023 with subject "Short-term solution ideas," attached as Exhibit 1 to Christopher Miller's affidavit - **ECF 38-4 at 16** |
| 38 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Graphical depiction of access to PointClickCare's system |
| 39 | Jun 24 2024 | Jun 24 2024 | | Declaration of Robert J. Boyle in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction – **ECF 44-3** |
| 40 | Jun 24 2024 | Jun 24 2024 | | Declaration of Bachar Fourati in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction – **ECF 44-2** |

| Defendant's Exhibit No. | Identification | Admitted | Witness | Document Description |
|---|---|---|---|---|
| 41 | Jun 25 2024 | Jun 25 2024 | Marino Cherubin | Declaration of Marino Cherubin in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction – **ECF 44-4** |
| 42 | Jun 24 2024 | Jun 24 2024 |  | Declaration of Jeffrey Thurston in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction – **ECF 44-5** |
| 43 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Graphical depiction of access to PointClickCare's system |
| 44 | Jun 25 2024 | Jun 25 2024 | Bachar Fourati | Watch List (UNDER SEAL per Oral Order of the Court) |

**\*\*Exhibits listed with an ECF No. are already filed on the official court docket and are deemed admitted for the purposes of the Preliminary Injunction Hearing. The exhibits marked with identification and admittance dates <u>and</u> with a corresponding witness name were specifically referenced during that witness' testimony.**