

# UNITED STATES DISTRICT COURT

# DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>Paula Xinis<br>UNITED STATES DISTRICT JUDGE | 6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>(301) 344-0653 |

February 3, 2025

Re: 8:24-cv-00313-PX, *Real Time Medical Systems, Inc. v. PointClickCare Technologies, Inc*

### LETTER ORDER

Dear Parties,

For the reasons discussed during the January 31, 2025 recorded conference call, the Court hereby **STAYS** the case pending the Fourth Circuit decision of PointClickCare's interlocutory appeal of the Court's Preliminary Injunction Order at ECF No. 70. Within fourteen days after the Fourth Circuit's decision, counsel will jointly contact Chambers to schedule a recorded status conference.

Additionally, within seven days of this Order, counsel is directed to meet, confer, and file a joint status report updating the Court as to the posture of the pending motions to seal at ECF Nos. 24, 30, 33, 41, 47 & 67.

Although informal, this letter is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
PAULA XINIS
United States District Judge