IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POINTCLICKCARE TECHNOLOGIES, INC. d/b/a POINTCLICKCARE, <br><br> Defendant. | Civil Action No. 8:24-CV-00313-PX |

**JOINT STATUS REPORT REGARDING MOTIONS TO SEAL**

Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("Defendant" or "PointClickCare"), and Plaintiff Real Time Medical Systems, Inc. ("Plaintiff") (together, Plaintiff and Defendant, the "Parties") through their respective undersigned counsel, and pursuant to this Court's February 3, 2025 Order (ECF No. 77), hereby submit this Joint Status Report regarding the pending motions to seal at ECF Nos. 24, 30, 33, 41, 47 & 67.

Counsel for the Parties have conferred and agreed that the documents subject to the Motions at ECF Nos. 24, 30, 33, 41, and 47 do not need to remain sealed in light of the testimony and exhibits disclosed in open court during the Preliminary Injunction Hearing. Counsel for the Parties thus agree that this Court may dismiss these pending Motions.

Counsel for Defendant also provided a July 26, 2024 letter ("Letter") to the Court updating the Court on certain information. In ECF No. 67 Counsel for Defendant moved to seal that Letter,

- 2 -

and Counsel for Plaintiff filed no Response in Opposition to that motion. After the Court instructed the Parties to provide this Joint Status Report, counsel for Plaintiff informed counsel for Defendant that Plaintiff opposed the sealing of the Letter and intended to include in this Joint Status Report language regarding Plaintiff's stance about which portions of the Letter had become public. Rather than litigating the public nature of the Letter or portions thereof—and possibly requiring the Joint Status Report itself to be filed under seal—Defendants hereby withdraw the Letter from filing pursuant to District of Maryland Local Rule 105.11.

Dated: February 10, 2025.

- 3 -

Respectfully submitted,

| | |
|---|---|
| */s/ Brian T. Burgess* | */s/ M. Celeste Bruce* |
| Brian T. Burgess (D. Md. Bar No. 19251) | M. Celeste Bruce (Bar No. 10710) |
| William C. Jackson (Admitted *Pro Hac Vice*) | Madelaine Kramer Katz (Bar No. 19760) |
| Ashley M. Drake (Admitted *Pro Hac Vice*) | Michael T. Marr (Bar No. 19961) |
| Goodwin Procter LLP | Rifkin Weiner Livingston LLC |
| 1900 N Street, NW | 7700 Wisconsin Ave, Suite 320 |
| Washington, DC 20036 | Bethesda, Maryland 20814 |
| Tel.: +1 202 346 4215 | Tel: +1 301 951 0150 |
| Fax: +1 202 204 7265 | Fax: +1 301 951 0172 |
| BBurgess@goodwinlaw.com | cbruce@rwllaw.com |
| WJackson@goodwinlaw.com | mkatz@rwllaw.com |
| Amdrake@goodwinlaw.com | mmarr@rwllaw.com |

Rod J. Rosenstein (D. Md. Bar No. 14793)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
Tel: +1 202 626 9220
RRosenstein@kslaw.com

*Attorneys for Plaintiff Real Time Medical Systems, Inc.*

Jeremy M. Bylund (Admitted *Pro Hac Vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 10006-1238
Tel: + 202 303 1053
jbylund@willkie.com

*Attorneys for Defendant PointClickCare Technologies, Inc.*

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on February 10, 2025, I electronically filed a true and accurate copy of the foregoing Joint Status Report with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

*/s/ Brian T. Burgess*
Brian T. Burgess

Case 8:24-cv-00313-PX     Document 78     Filed 02/10/25     Page 4 of 4