FILED: May 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1773
(8:24-cv-00313-PX)

_____

REAL TIME MEDICAL SYSTEMS, INC.

      Plaintiff - Appellee

v.

POINTCLICKCARE TECHNOLOGIES, INC., d/b/a PointClickCare

      Defendant - Appellant

------------------------------

AMERICAN HOSPITAL ASSOCIATION; ELECTRONIC HEALTH RECORD ASSOCIATION

      Amici Supporting Appellant

_____

M A N D A T E

_____

The judgment of this court, entered March 12, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*