**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE, <br><br> Defendant. | Civil Action No. 8:24-CV-00313-PX |

## JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO DISMISS

Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("Defendant" or "PointClickCare"), and Plaintiff Real Time Medical Systems, Inc. ("Plaintiff") (together, Plaintiff and Defendant, the "Parties") through their respective undersigned counsel, and pursuant to this Court's April 8, 2025 Order (ECF No. 84), hereby submit this Joint Status Report regarding a proposed scheduling order for briefing of a Motion to Dismiss.

1.    On May 1, 2025, the mandate of the United States Court of Appeals for the Fourth Circuit issued.

2.    Counsel for the Parties thereafter conferred on the deadline and briefing schedule for Defendant's forthcoming Motion to Dismiss or other responsive pleading and have agreed to the following deadlines:

        a.  Defendant's Motion to Dismiss or other responsive pleading shall be due

on June 9, 2025.

    b.   Plaintiff's brief in opposition shall be due on July 9, 2025.

    c.   Defendant's brief in reply shall be due on July 23, 2025.

    3.    Accordingly, the Parties respectfully request that the Court enter a scheduling order consistent with the deadlines detailed in paragraph 2. A proposed order is attached.

Dated: May 12, 2025.

Respectfully submitted,

*/s/ Brian T. Burgess*
Brian T. Burgess (Bar No. 19251)
William C. Jackson (Admitted *Pro Hac Vice*)
Ashley M. Drake (Admitted *Pro Hac Vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4215
Fax: +1 202 204 7265
BBurgess@goodwinlaw.com
WJackson@goodwinlaw.com
Amdrake@goodwinlaw.com

Rod J. Rosenstein (Bar No. 14793)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006
RRosenstein@kslaw.com

Jeremy M. Bylund (Admitted *Pro Hac Vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 10006-1238
jbylund@willkie.com

*Attorneys for Defendant PointClickCare Technologies Inc.*

*/s/ M. Celeste Bruce*
M. Celeste Bruce (Bar No. 10710)
Madelaine Kramer Katz (Bar No. 19760)
Michael T. Marr (Bar No. 19961)
Rifkin Weiner Livingston LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
cbruce@rwllaw.com
mkatz@rwllaw.com
mmarr@rwllaw.com
Tel.: +1 301 951 0150
Fax: +1 301 951 0172

*Attorneys for Plaintiff Real Time Medical Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2025, I electronically filed a true and accurate copy of the foregoing Motion with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.


*/s/ Brian T. Burgess*
Brian T. Burgess