IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE, <br><br> Defendant. | Civil Action No. No.8:24-CV-00313-PX |

## ORDER

Upon consideration of the Joint Status Report Regarding Defendant's Motion to Dismiss, and finding that good cause exists, it is hereby

ORDERED, that the time within which PointClickCare Technologies Inc. must file a motion to dismiss or otherwise respond to the Complaint is hereby set as June 9, 2025; and it is

FURTHER ORDERED, that Plaintiff Real Time Medical Systems, Inc.'s brief in opposition shall be due on July 9, 2025; and it is

FURTHER ORDERED, that PointClickCare Technologies Inc.'s brief in reply shall be due on July 23, 2025.

It is so ORDERED on this __12th__ day of _____May_____, 2025.

/S/
Honorable Paula Xinis
United States District Judge