**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:24-cv-00313-PX |
| ) | |
| POINTCLICKCARE TECHNOLOGIES, INC. ) | **HEARING REQUESTED** |
| d/b/a POINTCLICKCARE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## POINTCLICKCARE'S RENEWED MOTION TO DISMISS

Pursuant to Local Rule 105 and Rule 12(b)(6) of the Federal Rules of Civil Procedure, PointClickCare Technologies Inc. ("PointClickCare") hereby moves to dismiss with prejudice the complaint of Real Time Medical Systems, Inc. ("RTMS"). The grounds for this Motion are set forth in an accompanying Memorandum, also filed on this date. A proposed Order is attached.

## REQUEST FOR ORAL ARGUMENT

PointClickCare believes that oral argument would assist the Court in ruling on its Motion to Dismiss and therefore requests oral argument.

Date: June 9, 2025                                      Respectfully submitted,


                                                        */s/ Brian T. Burgess*
                                                        Brian T. Burgess (D. Md. Bar No. 19251)
                                                        William C. Jackson (Admitted Pro Hac Vice)
                                                        Ashley M. Drake (Admitted Pro Hac Vice)
                                                        Goodwin Procter LLP
                                                        1900 N Street, NW
                                                        Washington, DC 20036
                                                        Tel.: +1 202 346 4215
                                                        Fax: +1 202 204 7265
                                                        BBurgess@goodwinlaw.com
                                                        WJackson@goodwinlaw.com
                                                        Amdrake@goodwinlaw.com

                                                        Jeremy M. Bylund (Admitted Pro Hac Vice)
                                                        Willkie Farr & Gallagher LLP
                                                        1875 K Street, N.W.
                                                        Washington, DC 10006-1238
                                                        jbylund@willkie.com


                                                        *Attorneys for Defendant PointClickCare Technologies Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record. A courtesy copy was also sent to Judge Xinis's Chambers.

*/s/ Brian T. Burgess*
Brian T. Burgess