# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Real Time Medical Systems, Inc., | ) | |
|         Plaintiff | ) | |
| v. | ) | Case No. 8:24-cv-00313-PX |
| | ) | |
| PointClickCare Technologies, Inc., | ) | |
|  dba PointClickCare | ) | |
|         Defendant. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT

    Pursuant to Local Rule 101.2(b), undersigned counsel moves for leave to withdraw as counsel for defendant. Counsel with the two law firms that previously entered appearances, Goodwin Procter LLP and Willkie Farr & Gallagher LLP, will continue to represent defendant.

Dated: August 4, 2025

Respectfully submitted,

/s/
Rod J. Rosenstein, Md. Bar No. 14793
rod.rosenstein@bakermckenzie.com