UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

REAL TIME MEDICAL SYSTEMS, INC.

Plaintiff,

v.

POINTCLICKCARE TECHNOLOGIES INC.
d/b/a POINTCLICKCARE

Defendant.

Civil Action No. 8:24-CV-00313-PX

**JOINT MOTION TO STAY PROCEEDINGS**

Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("Defendant" or "PointClickCare"), and Plaintiff Real Time Medical Systems, Inc. ("Plaintiff") (together, Plaintiff and Defendant, the "Parties"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 1 and 6(b)(1)(A) and Local Rule 105.9, respectfully request that this Honorable Court enter an order staying all further deadlines and proceedings in this action for a period of 45 days and in support thereof states:

1. The Parties attended a conference related to settlement before Magistrate Judge Gina L. Simms on April 21, 2025 (ECF No. 87). Defendant thereafter submitted a status report regarding its renewed Motion to Dismiss on May 12, 2025, and the Parties then briefed such Motion (ECF Nos. 90–94).

2. While Defendant's Motion has remained pending, the Parties have been negotiating in good faith a complete resolution of this litigation.

1

3. Although the Parties recognize that their negotiations have occurred over six months, they continue to negotiate and have made progress in their negotiations, but anticipate needing a short, additional time period to finalize such negotiations.

4. Defendant does not intend to withdraw its Motion unless and until the Parties have finalized their negotiations resulting in a resolution of this litigation.

5. To permit the Parties to continue working towards a final agreement, the Parties are requesting a stay of all deadlines in the litigation while they continue their negotiations. The Parties are meeting in person the week of December 15-19, 2025 to work towards finalizing the terms of an agreement. The Parties are asking for a 45-day stay due to the holidays and the need for Board approval from both Parties.

6. A 45-day stay would allow for an orderly resolution of this lawsuit and would be in the interest of judicial economy and would secure the just, speedy and inexpensive determination of this litigation. If the Parties are able to finalize an agreement, the litigation would be concluded.

7. The Parties jointly move for the stay without wavier of or prejudice to any of their rights, claims or defenses.

WHEREFORE, the Parties respectfully request that this Honorable Court enter the [Proposed] Order granting this Joint Motion to Stay Proceedings and staying all further deadlines and proceedings in this litigation for 45 days, up to and through January 23, 2026; within seven days of the lifting of the stay, the Parties will file a joint status report with this Court; and for such other and further relief as this Honorable Court deems appropriate.

Dated: December 9, 2025

| | |
|---|---|
| */s/ William Jackson* | */s/ M. Celeste Bruce* |
| William C. Jackson (D. Md. Bar No 31898) | M. Celeste Bruce (Bar No. 10710) |
| Ashley M. Drake (Admitted *Pro Hac Vice*) | Madelaine Kramer Katz (Bar No. 19760) |
| Goodwin Procter LLP | Michael T. Marr (Bar No. 19961) |
| 1900 N Street, NW | Rifkin Weiner Livingston LLC |
| Washington, DC 20036 | 7700 Wisconsin Ave, Suite 320 |
| Tel.: +1 202 346 4215 | Bethesda, Maryland 20814 |
| Fax: +1 202 204 7265 | cbruce@rwllaw.com |
| WJackson@goodwinlaw.com | mkatz@rwllaw.com |
| Amdrake@goodwinlaw.com | mmarr@rwllaw.com |
| | 301.951.0150 (p) |
| Jeremy M. Bylund (Admitted *Pro Hac Vice*) | 301.951.0172 (f) |
| Willkie Farr & Gallagher LLP | |
| 1875 K Street, N.W. | *Attorneys for Plaintiff* |
| Washington, DC 10006-1238 | |
| jbylund@willkie.com | |

*Attorneys for Defendant PointClickCare Technologies Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2025, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

*/s/ William Jackson*
William C. Jackson