UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No. 8:24-CV-00313-PX |

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

Upon consideration of Defendant PointClickCare Technologies Inc. d/b/a PointClickCare ("Defendant" or "PointClickCare"), and Plaintiff Real Time Medical Systems, Inc. ("Plaintiff") (together, Plaintiff and Defendant, the "Parties"), Joint Motion to Stay Proceedings, it is this 20th day of January, 2026, by the United States District Court for the District of Maryland, hereby:

**ORDERED**, that the Joint Motion to Stay Proceedings at ECF No. 97 is **GRANTED;** and it is further,

**ORDERED**, that all deadlines and proceedings in this action shall be stayed, without prejudice to the Parties' rights, claims or defenses, for a period of 45 days up to and through January 23, 2026; and it is further,

**ORDERED**, that within seven days of the lifting of the stay, the Parties will file a joint status report with this Court.

**IT IS SO ORDERED.**

/s/
Honorable Paula Xinis
United States District Judge

Dated: January 20, 2026