IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No. 8:24-CV-00313 |

**JOINT STATUS REPORT**

Plaintiff Real Time Medical Systems, Inc. and Defendant PointClickCare Technologies Inc. d/b/a PointClickCare (together the "Parties") through their respective counsel, pursuant to this Honorable Court's January 20, 2026 Order (ECF No. 98), submit their Joint Status Report.

Counsel for the Parties continue to negotiate in good faith to resolve this matter without the Court's further intervention. Since the Parties' Joint Motion to Stay Proceedings (ECF No. 97), the Parties and counsel have met on three (3) occasions, in person and virtually. The Parties have two (2) additional virtual meetings scheduled for Monday, February 2, 2026 and Wednesday, February 4, 2026 in furtherance of their negotiations.

Given the above, the Parties respectfully request an additional two (2) weeks to work towards complete resolution. The Parties will submit a joint status report on or before February 13, 2026.

Dated: January 30, 2026

Respectfully submitted,

| | |
|---|---|
| */s/  William C. Jackson* | */s/  M. Celeste Bruce* |
| William C. Jackson (Bar No. 31898) | M. Celeste Bruce (Bar No. 10710) |
| Ashley M. Drake (Admitted *Pro Hac Vice*) | Michael T. Marr (Bar No. 19961) |
| Goodwin Procter LLP | Madelaine Kramer Katz (Bar No. 19760) |
| 1900 N Street, NW | Rifkin Weiner Livingston LLC |
| Washington, DC 20036 | 7700 Wisconsin Ave, Suite 320 |
| Tel.: +1 202 346 4215 | Bethesda, Maryland 20814 |
| Fax: +1 202 204 7265 | cbruce@rwllaw.com |
| WJackson@goodwinlaw.com | mmarr@rwllaw.com |
| Amdrake@goodwinlaw.com | mkatz@rwllaw.com |
| | 301.951.0150 (p) |
| Jeremy M. Bylund (Admitted *Pro Hac Vice*) | 301.951.0172 (f) |
| Willkie Farr & Gallagher LLP | |
| 1875 K Street, N.W. | *Attorneys for Plaintiff* |
| Washington, DC 10006-1238 | |
| jbylund@willkie.com | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/       M. Celeste Bruce*
　　　　　　　　　　　　　　　　　　　　　　　M. Celeste Bruce (Bar No. 10710)