IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No. 8:24-CV-00313 |

**FEBRUARY 27, 2026 JOINT STATUS REPORT**

Plaintiff Real Time Medical Systems, Inc. and Defendant PointClickCare Technologies Inc. d/b/a PointClickCare (together the "Parties") through their respective counsel submit their February 27, 2026 Joint Status Report.

Counsel for the Parties continue to negotiate in good faith to resolve this matter without the Court's further intervention. In addition to the meetings identified in the January 30, 2026 Joint Status Report (ECF No. 99) and the February 13, 2026 Joint Status Report (ECF No. 100), the Parties have directly communicated regarding continued negotiations on three (3) occasions and have exchanged additional terms in furtherance of their negotiations. The meetings of the Parties have included discussions regarding terms and conditions of the proposed agreement and their scope. In addition, the Parties are scheduled to speak next week in furtherance of their discussions.

Given the above, the Parties respectfully request an additional two (2) weeks to work towards complete resolution. The Parties will submit a follow-up joint status report on or before March 13, 2026.

Dated: February 27, 2026

Respectfully submitted,

| | |
|---|---|
| */s/  William C. Jackson* | */s/  M. Celeste Bruce* |
| William C. Jackson (Bar No. 31898) | M. Celeste Bruce (Bar No. 10710) |
| Ashley M. Drake (Admitted *Pro Hac Vice*) | Michael T. Marr (Bar No. 19961) |
| Goodwin Procter LLP | Madelaine Kramer Katz (Bar No. 19760) |
| 1900 N Street, NW | Rifkin Weiner Livingston LLC |
| Washington, DC 20036 | 7700 Wisconsin Ave, Suite 320 |
| Tel.: +1 202 346 4215 | Bethesda, Maryland 20814 |
| Fax: +1 202 204 7265 | cbruce@rwllaw.com |
| WJackson@goodwinlaw.com | mmarr@rwllaw.com |
| Amdrake@goodwinlaw.com | mkatz@rwllaw.com |
| | 301.951.0150 (p) |
| Jeremy M. Bylund (Admitted *Pro Hac Vice*) | 301.951.0172 (f) |
| Willkie Farr & Gallagher LLP | |
| 1875 K Street, N.W. | *Attorneys for Plaintiff* |
| Washington, DC 10006-1238 | |
| jbylund@willkie.com | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

                                                  */s/       M. Celeste Bruce*
                                                  M. Celeste Bruce (Bar No. 10710)