IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC. d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No. 8:24-CV-00313 |

## MARCH 13, 2026 JOINT STATUS REPORT

Plaintiff Real Time Medical Systems, Inc. and Defendant PointClickCare Technologies Inc. d/b/a PointClickCare (together the "Parties") through their respective counsel submit their March 13, 2026 Joint Status Report.

As the Parties attempt to resolve this matter without the Court's further intervention, the Parties require an additional week to work through terms. During the last two weeks, the Parties have directly communicated regarding terms over four (4) days, and have spoken multiple times on certain of those occasions.  The Parties have exchanged alternative terms in furtherance of their negotiations. In addition, the Parties are scheduled to speak next week in furtherance of their discussions.

Given the above, the Parties respectfully request an additional one (1) week to determine if a complete resolution can be achieved.  The Parties will submit a follow-up joint status report on or before March 20, 2026.

Dated: March 13, 2026

Respectfully submitted,

| | |
|---|---|
| */s/  William C. Jackson* <br> William C. Jackson (Bar No. 31898) <br> Ashley M. Drake (Admitted *Pro Hac Vice*) <br> Goodwin Procter LLP <br> 1900 N Street, NW <br> Washington, DC 20036 <br> Tel.: +1 202 346 4215 <br> Fax: +1 202 204 7265 <br> WJackson@goodwinlaw.com <br> Amdrake@goodwinlaw.com <br> <br> Jeremy M. Bylund (Admitted *Pro Hac Vice*) <br> Willkie Farr & Gallagher LLP <br> 1875 K Street, N.W. <br> Washington, DC 10006-1238 <br> jbylund@willkie.com <br> <br> *Attorneys for Defendant* | */s/  M. Celeste Bruce* <br> M. Celeste Bruce (Bar No. 10710) <br> Michael T. Marr (Bar No. 19961) <br> Madelaine Kramer Katz (Bar No. 19760) <br> Rifkin Weiner Livingston LLC <br> 7700 Wisconsin Ave, Suite 320 <br> Bethesda, Maryland 20814 <br> cbruce@rwllaw.com <br> mmarr@rwllaw.com <br> mkatz@rwllaw.com <br> 301.951.0150 (p) <br> 301.951.0172 (f) <br> <br> *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

*/s/      M. Celeste Bruce*
M. Celeste Bruce (Bar No. 10710)