**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>      Plaintiff,<br><br>  v.<br><br>POINTCLICKCARE TECHNOLOGIES INC.<br>d/b/a POINTCLICKCARE<br><br>      Defendant. | Civil Action No. 8:24-CV-00313 |

<u>**MARCH 20, 2026 JOINT STATUS REPORT**</u>

Plaintiff Real Time Medical Systems, Inc. and Defendant PointClickCare Technologies Inc. d/b/a PointClickCare (together the "Parties") through their respective counsel submit their March 20, 2026 Joint Status Report.

The Parties have not been able to resolve this matter without the Court's further intervention and request that the case move forward.  The Parties are available at the Court's convenience for a status conference.

Dated: March 20, 2026

Respectfully submitted,

/s/  William C. Jackson
William C. Jackson (Bar No. 31898)
Ashley M. Drake (Admitted *Pro Hac Vice*)
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Tel.: +1 202 346 4215
Fax: +1 202 204 7265
WJackson@goodwinlaw.com
Amdrake@goodwinlaw.com

Jeremy M. Bylund (Admitted *Pro Hac Vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, DC 10006-1238
jbylund@willkie.com

*Attorneys for Defendant*

/s/  M. Celeste Bruce
M. Celeste Bruce (Bar No. 10710)
Michael T. Marr (Bar No. 19961)
Madelaine Kramer Katz (Bar No. 19760)
Rifkin Weiner Livingston LLC
7700 Wisconsin Ave, Suite 320
Bethesda, Maryland 20814
cbruce@rwllaw.com
mmarr@rwllaw.com
mkatz@rwllaw.com
301.951.0150 (p)
301.951.0172 (f)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

/s/      M. Celeste Bruce
M. Celeste Bruce (Bar No. 10710)

- 2 -