**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES INC.<br>d/b/a POINTCLICKCARE<br><br>Defendant. | Civil Action No. 8:24-CV-00313 |

**APRIL 21, 2026 JOINT STATUS REPORT**

Plaintiff Real Time Medical Systems, Inc. and Defendant PointClickCare Technologies Inc. d/b/a PointClickCare (together, the "Parties") through their respective counsel submit this Joint Status Report.

On April 20, 2026, the Parties participated in a virtual settlement status with The Honorable Gina L. Simms. The Parties file this joint status report to notify the Court that the Parties have agreed to engage in additional discussions and to report their progress to Judge Gina L. Simms over the next thirty (30) days. The Parties request that a ruling on Defendant's Motion to Dismiss as well as any other matters in this case be stayed while the Parties continue to engage in further settlement efforts.

Dated: April 21, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ William C. Jackson* | */s/ M. Celeste Bruce* |
| William C. Jackson (Bar No. 31898) | M. Celeste Bruce (Bar No. 10710) |
| Ashley M. Drake (Admitted *Pro Hac Vice*) | Michael T. Marr (Bar No. 19961) |
| Goodwin Procter LLP | Madelaine Kramer Katz (Bar No. 19760) |
| 1900 N Street, NW | Rifkin Weiner Livingston LLC |
| Washington, DC 20036 | 7700 Wisconsin Ave, Suite 320 |
| Tel.: +1 202 346 4215 | Bethesda, Maryland 20814 |
| Fax: +1 202 204 7265 | cbruce@rwllaw.com |
| WJackson@goodwinlaw.com | mmarr@rwllaw.com |
| Amdrake@goodwinlaw.com | mkatz@rwllaw.com |
| | 301.951.0150 (p) |
| Jeremy M. Bylund (Admitted *Pro Hac Vice*) | 301.951.0172 (f) |
| Willkie Farr & Gallagher LLP | |
| 1875 K Street, N.W. | *Attorneys for Plaintiff* |
| Washington, DC 10006-1238 | |
| jbylund@willkie.com | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF System, which sent notification of such filing to all attorneys of record.

*/s/      M. Celeste Bruce*
M. Celeste Bruce (Bar No. 10710)