**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC., | Case No. 8:24-cv-00313-PX |
| *Plaintiff,* | |
| v. | |
| POINTCLICKCARE TECHNOLOGIES, INC., *d/b/a* POINTCLICKCARE | |
| *Defendant.* | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101.2, Defendant PointClickCare Technologies Inc. moves for leave of court to withdraw the appearance of Ashley Moore Drake, only, as counsel for Defendant PointClickCare Technologies Inc.

Withdrawal is permitted because the Defendant has other counsel in this matter. William Jackson and Brian Burgess of Goodwin Procter LLP will remain as counsel for the Defendant.

WHEREFORE, Defendant respectfully requests that the appearance of Ashley Moore Drake be withdrawn from this matter.

Dated: April 23, 2026                    Respectfully Submitted,

*/s/ Ashley Moore Drake*
Ashley Moore Drake
1900 N Street NW
Washington, DC 20036
Tel: 202-346-4000
Email: amdrake@goodwinlaw.com

*Attorney for Defendant PointClickCare Technologies Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

*/s/ Ashley Moore Drake*
Ashley Moore Drake
