**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| REAL TIME MEDICAL SYSTEMS, INC., | Case No. 8:24-cv-00313-PX |
| *Plaintiff,* | |
| v. | |
| POINTCLICKCARE TECHNOLOGIES, INC., *d/b/a* POINTCLICKCARE | |
| *Defendant.* | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Defendant's Motion to Withdraw as Counsel, it is

hereby ORDERED, that the Motion to Withdraw Ashley Moore Drake as counsel for the

Defendant is GRANTED.

_____
The Honorable Paula Xinis
United States District Judge